## William R. Kerr, *vs.* Robert Stuart.

### *Certiorari to Muscatine.*

An entry by the clerk in the court below, of facts either proved or admitted, is no legitimate testimony for the guidance of the Supreme Court.

This was an action of assumpsit before a magistrate, and appealed to the District Court. The record states that " this cause coming on to be heard by the consent of parties, the same is submitted to the court. The court is of opinion that the plaintiff ought not to recover in this form of action and direct a non suit." Judgment against the plaintiff for costs.

There is then a statement in the record of the testimony, but it is not embodied in the usual form, a bill of exceptions, signed and sealed by the judge.

WHICHER, for plaintiff.

HASTINGS & WOODWARD, for defendant.

PER CURIAM, MASON, CHIEF JUSTICE.—The argument of the counsel for the plaintiff in error in this case, is entirely without a basis. The facts upon which it stands do not appear in such a manner that we can recognize them. An entry by the clerk of facts either proved or admitted is no legitimate testimony for the guidance of this court. The law has pointed out the manner of informing the appellate court of all proofs or admissions made in the court below. The entry by the clerk in this case, is only a bill of exceptions without that authentication which the statute prescribes. The signature and seal of the judge is wanting and therefore it is not such a record as we can acknowledge.

Judgment affirmed.